# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:91CR86-2-MU

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| vs. | ) | **ORDER** |
|  | ) |  |
| CLYNTON CHASE, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**THIS MATTER** is before the court upon Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(C)(2), filed May 12, 2006. After reviewing Defendant's legal argument, it appears that the thoughts of the Government would be instructive on this matter. The Government is therefore directed to file a response to Defendant's motion within 30 days of the date of entry of this Order.

**IT IS SO ORDERED**.

Signed: May 16, 2006

Graham C. Mullen
United States District Judge