IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:91CR86

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>CLYNTON JOHN CHASE (2) )<br>_____ ) | **ORDER** |

     This matter is before the court on its own motion to request an inquiry into status of counsel for defendant Clynton John Chase.

     IT IS ORDERED that a hearing be held before a Magistrate Judge to determine whether the defendant is indigent and requires the appointment of counsel from the Federal Defender's office.

     So ordered.

Signed: February 21, 2007

Graham C. Mullen
United States District Judge