IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:91CR86

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| CLYNTON JOHN CHASE (2) ) | |
| _____ ) | |

This matter is before the court on its own motion. The undersigned has been notified that the inquiry into status of counsel hearing has been set for March 28, 2007, at 9:30 a.m. and that defendant is currently in BOP custody in Coleman, Florida.

IT IS ORDERED THAT the U.S. Marshal shall have defendant Clynton John Chase returned to the Western District of North Carolina, Charlotte, North Carolina for the hearing set for **March 28, 2007 at 9:30 a.m.**

IT IS FURTHER ORDERED that defendant Clynton John Chase is to remain in the Western District of North Carolina, Charlotte, North Carolina until re-sentencing is held.

IT IS ALSO FURTHER ORDERED that said defendant be returned to USP Coleman at the conclusion of re-sentencing.

So ordered.

Signed: February 21, 2007

Graham C. Mullen
United States District Judge